Leonard D. DuBoff,
THE DUBOFF LAW GROUP, LLC
Hampton Oaks, Second Floor
6665 S.W. Hampton Street
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Plaintiff

FILED
U.S. DISTRICT COURT
2004 MAR -8  A 11: 04
S.D. OF N.Y. W.P.

04 CIV. 1830

JUDGE CONNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEANA PUBLICATIONS, INC., a New York corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>ROBERT J. MUNRO, an individual,<br><br>         Defendant. | Civil Case No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT: TRADE DEFAMATION AND TORTIOUS INTERFERENCE WITH EXISTING AND PROSPECTIVE BUSINESS RELATIONS<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges:

## JURISDICTION AND VENUE

1. This is an action for declaratory judgment arising under the 28 U.S.C. § 2201 *et seq*. This court has diversity jurisdiction under 28 U.S.C. § 1332.

2. Venue is proper in this district under 28 U.S.C. § 1391.

3. There is an amount in excess of $75,000 at issue in this case.

## PARTIES

4. Plaintiff Oceana Publications, Inc. ("Oceana") is a New York corporation, with its principal office located in Dobbs Ferry, New York.

5. Defendant Robert J. Munro ("Munro"), on information and belief, is an individual domiciled in, and a citizen of the state of Florida.


USDC SDNY DOCUMENT ELECTRONICALLY

1 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111

## FACTS COMMON TO ALL CLAIMS

6.	Oceana is a publisher of legal books and treatises for use in the practice and study of American law.

7.	Munro is, and at all times material to this action has been, a professor at the University of Florida Levin School of Law.

8.	On or about June 19, 1991, Munro and another professor at the Levin School of Law, Fletcher Baldwin ("Baldwin"), entered into an agreement to author a new work tentatively titled "Money Laundering." In or about 1998, Munro and Baldwin began authoring another Oceana treatise, titled "Cybercrime and Security."

9.	Beginning in 1991 and continuing through 2001, Munro had substantial, general and continuous contacts within the State of New York, both related to his authorship of material published by Oceana, and, on information and belief, related to other aspects of his academic and professional life, and related to his personal life. His contacts related to his authorship of Oceana publications included sending correspondence into New York on a continuing basis, performing work intended to produce economic consequences to Oceana in New York. Munro made business trips to New York directly related to the Oceana publications on which he was working. He also attended conferences in New York related both to his authorial relationship with Oceana and related to his academic career.

10.	Munro also has had substantial and intentional contacts within New York related to the subject of this action. He intentionally sent into New York the letter and enclosures which are the subject of this action. He intended that the letter would cause Oceana to undergo a substantial and predictable change in economic condition.

11.	Oceana terminated Munro's relationship with Oceana by a letter dated August 28, 2001, effective September 1, 2001.

12.	Munro sent a letter dated February 16, 2004 to Oceana demanding payment for royalties he contends have not been paid to him. In his February 16, 2004 letter, Munro states as

2 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111

follows: "If I do not receive payment by March 8, I will initiate actions against your company as follows: * * *." This statement is followed by a list of 14 different persons and entities to which Munro states he will publish letters and other written materials.

13.     Enclosed with Munro's February 16, 2004 letter were drafts of letters he intends to publish to the 14 different persons and entities he named in his letter ("Draft Letters"). He also enclosed a 15-page document titled "MEMO" that he has stated he intends to publish to some of the 14 different persons and entities he has identified ("Draft Memo").

14.     The Draft Letters and Draft Memo contain numerous false and defamatory statements about Oceana and its officers and employees ("the Defamatory Statements"). Those Defamatory Statements are intended to, and will, cause significant harm to Oceana's business reputation and existing and prospective business relations if they are published as Munro has threatened.

15.     The Defamatory Statements included in one of the Draft Letters are as follows:

- "[Oceana has engaged in] selling previously printed journal articles as new materials"

- "[Oceana has engaged in] padding releases with statutes and treaties fifteen years out of date"

- "[Oceana has engaged in] removal of old release materials from the loose-leaf volumes and later sale of the same content as new materials"

- "[Oceana has engaged in] misrepresentation of the authorship of the work"

- "[Oceana has engaged in] misrepresentations in their sales catalog"

- "[Oceana has engaged in] misrepresentations of documents as commentary and analysis"

- "[Oceana has engaged in] cheating on federal income taxes, illegal deductions and non-payments"

- "[Oceana has engaged in] dishonest communications"

3 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111

- "[Oceana's] illegal practices are in violation of 15 U.S.C. 41-58 as amended"
- "[Oceana's] illegal practices are in violation of the American Association of Law Libraries' 'Guide to Fair Businss Practices for Law Publishers' (2003)"
- "Oceana Publications has defrauded Professor of Law Fletcher N. Baldwin, Jr. and Dr. Robert J. Munro * * * of over $75,348.20 in past royalty payments"
- "Oceana has used the abusive tactics of "churn and burn" against its authors over a period of many years"
- "[Oceana] is a parasitical and predatory publishing company."

There are additional defamatory statements in Munro's Draft Memo and, on information and belief, in written materials which Munro cites in the Draft Letters and Draft Memo but which were not provided to Oceana as part of Munro's February 16, 2004 letter to Oceana.

16. An actual and substantial controversy has arisen and now exists between Oceana and Munro under New York state law. Oceana desires a declaration from this Court relating to the legal rights and duties of Oceana and Munro concerning the Defamatory Statements Munro has threatened to make which Oceana alleges would cause harm to its reputation and its existing and prospective business relations.

## FIRST CLAIM FOR RELIEF

(Trade Defamation)

17. Oceana re-alleges paragraphs 1 through 16 as if fully set forth herein.

18. A declaratory judgment is necessary in that Oceana contends and Munro, on information and belief, will deny that the above-referenced Defamatory Statements are false, defamatory and likely to cause substantial injury to Oceana in an amount exceeding $ 75, 000, exclusive of interest and costs.

19. Oceana is entitled to a declaratory judgment that includes the following determinations: That Munro's Defamatory Statements are defamatory; that the Defamatory Statements injure Oceana in its profession and business; that the Defamatory Statements tend to

4 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111

expose Oceana to hatred, contempt or aversion; that the Defamatory Statements induce an evil or unsavory opinion of Oceana in the minds of a substantial number of the community in which Oceana's products are sold and used; and that the Defamatory Statements are of a kind that predictably will lead to substantial special damages to Oceana in an amount exceeding $ 75, 000, exclusive of interest and costs.

## SECOND CLAIM FOR RELIEF

(Tortious Interference with Existing and Prospective Business Relations)

20. Oceana re-alleges paragraphs 1 through 19 as if fully set forth herein.

21. By threatening to send the Draft Letters and Draft Memo alleged in paragraphs 12 and 13 above, Munro intends to interfere with and cause damage to the existing business relations of Oceana, and to prevent or hamper Oceana's development of new or strengthened business relations.

22. Munro intends to interfere with Oceana's existing and prospective business relations by publishing detrimental and defamatory material to persons and entities involved in those business relations. Munro's motive in threatening such interference is improper, in that he seeks to obtain property of concessions from Oceana to which his is not entitled. Munro threatens to use improper means to affect Oceana's existing and prospective business relations by publishing falsehoods and other defamatory matters and by creating false and negative impressions of Oceana.

23. A declaratory judgment is necessary in that Oceana contends and Munro, on information and belief, will deny that Munro's motives in threatening the actions are improper, that the means he threatens to employ are improper, and are likely to cause substantial injury to Oceana in an amount exceeding $ 75, 000, exclusive of interest and costs.

24. Oceana is entitled to a declaratory judgment that includes the following determinations: That Munro's threatened actions are based upon improper motives; that the means Munro threatens to employ are improper; that Munro's actions will injure Oceana's

5 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111

existing and prospective business relations; that the injury to those relations goes beyond the fact of the interference itself; and that the threatened interference is of a kind that predictably will lead to substantial damages to Oceana in an amount exceeding $ 75, 000, exclusive of interest and costs.

WHEREFORE, Plaintiff prays for a declaratory judgment against Defendant as follows:

1. That the Court declare the respective rights and duties of Plaintiff and Defendant as to Munro's threatened publication of the Defamatory Statements;

2. That Plaintiff be awarded its costs, expenses and reasonable attorney fees incurred herein; and

3. For such other and future relief as the Court deems just and equitable.

DATED this 5th day of March, 2004.

THE DUBOFF LAW GROUP, LLC

By: _____
Leonard D. DuBoff, LD4105
Attorney for Plaintiff


# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

DATED this 5th day of March, 2004.

THE DUBOFF LAW GROUP, LLC

By: _____
Leonard D. DuBoff, LD4105
Attorney for Plaintiff

6 – COMPLAINT
SVR\736\COMPLAINT.DOC

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111